# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELVIN RICHARDSON,<br>        Petitioner<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:09-30079 -MAP<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, against the petitioner Melvin Richardson, pursuant to the court's memorandum and order entered this date, denying the petitioner's motion to vacate, set aside, or correct sentence.

                                                                **SARAH A. THORNTON**,
                                                                CLERK OF COURT

Dated:  July 12,  2010                              By  /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk


(Civil Judgment re Pet v. Resp 4 (rutine).wpd - 11/98)
            [jgm.]